# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RACHAEL SIMS,

          Plaintiff,

v.

IMMEDIATE CREDIT RECOVERY INC.,

          Defendant.

Case No. 17-CV-67-JPS

**ORDER**

On June 29, 2017, Plaintiff filed an expedited motion for leave to amend her complaint. (Docket #17). Defendant's response to the motion was due on or before July 6, 2017, but none was received. *See* Civil L. R. 7(h). In light of the lack of opposition, and the command of the Federal Rules of Civil Procedure that leave to amend should be freely given, the Court will grant Plaintiff's motion. Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.").

Accordingly,

**IT IS ORDERED** that Plaintiff's expedited motion for leave to amend her complaint (Docket #17) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 7th day of July, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge