# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RACHAEL SIMS,<br><br>　　　　　　Plaintiff,<br>v.<br><br>IMMEDIATE CREDIT RECOVERY INC.,<br><br>　　　　　　Defendant. | Case No. 17-CV-67-JPS<br><br>**ORDER** |

On July 10, 2017, Plaintiff filed an unopposed motion to compel the United States Department of Education ("DOE") to respond to her May 11, 2017 subpoena. (Docket #20). The due date for the documents requested in the subpoena was June 13, 2017, but none have yet been received. *Id.* In prior similar experience with the DOE, Plaintiff's counsel only succeeded in obtaining documents pursuant to subpoena after securing a court order. *Id.* In that case, it took sixteen months for the DOE to make the desired production. (Docket #20-2). The Court will short-circuit that process here and grant Plaintiff's motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's unopposed motion to compel (Docket #20) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the United States Department of Education shall respond to Plaintiff's subpoena of May 11, 2017 within twenty-one (21) days from the date of this Order.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge